IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOKKY TJAHJONO and MILES BLACK, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION, d/b/a WABTEC CORPORATION,<br><br>　　Defendant. | Case No. 2:23-cv-531-WSS<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

TO:    THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs, Hokky Tjahjono and Miles Black (collectively, "Plaintiffs"), will, and hereby do, move the Court, before the Honorable William S. Stickman IV, United States District Judge for the Western District of Pennsylvania, at the United States Courthouse, Courtroom 8B, 700 Grant Street, Pittsburgh, PA 15219, at a date and time to be set by the Court, for an Order Preliminarily Approving Class Action Settlement, Preliminary Certifying Settlement Class, and Directing Notice. This Motion is brought pursuant to Fed. R. Civ. P. 23(b)(3), and 23(e), and seeks an order:

1)    Indicating that the Court finds the proposed Settlement Agreement meets the criteria for preliminary approval and issuance of Notice;

2)    approving the proposed Notice Plan and Class Notice as providing the best notice that is practicable under the circumstances;

3) indicating the Court will likely certify the proposed Settlement Class in conjunction with final approval of the Settlement Agreement;

4) appointing Plaintiffs as Settlement Class Representatives;

5) appointing Plaintiffs' Counsel as Class Counsel for the Settlement Class;

6) appointing Verita Global as the Settlement Administrator;

7) staying this Action pending Final Approval;

8) and scheduling a Final Approval Hearing.

This Motion is based on Plaintiffs' Memorandum of Law, the declarations of Jamisen A. Etzel and Carla Peak; and the exhibits attached thereto, including the Settlement Agreement and the proposed forms of notice.

Dated: August 23, 2024

Respectfully Submitted,

/s/ *Jamisen A. Etzel*
Gary F. Lynch
Jamisen A. Etzel
Nicholas A. Colella
LYNCH CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
P: (412) 322-9243
gary@lcllp.com
jamisen@lcllp.com
nickc@lcllp.com

Marc E. Dann*
Brian D. Flick*
DANNLAW
15000 Madison Ave.
Lakewood, OH 44107
P: (216) 373-0539
notices@dannlaw.com

*Admitted Pro Hac Vice

*Proposed Class Counsel for the Plaintiffs and Putative Class*

CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jamisen A. Etzel*
Jamisen A. Etzel