**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HOKKY TJAHJONO and MILES BLACK, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION, d/b/a WABTEC CORPORATION,<br><br>　　Defendant. | Case No. 2:23-cv-531-WSS |

**DECLARATION OF CARLA A. PEAK IN SUPPORT
OF SETTLEMENT NOTICE PLAN**

I, Carla A. Peak, declare and state as follows:

1. I have personal knowledge of the matters set forth herein, and if called as a witness I could and would testify competently to them.

2. I am a Vice President of Legal Notification Services for Verita Global, LLC ("Verita") f/k/a KCC Class Action Services, LLC or KCC, a firm that specializes in comprehensive class action services, including legal notification, email and postal mailing campaign implementation, website design, call center support, class member data management, claims processing, check and voucher disbursements, tax reporting, settlement fund escrow and reporting, and other related services critical to the effective administration of class action settlements. With more than 30 years of industry experience, Verita has developed efficient, secure, and cost-effective methods to effectively manage the voluminous data and mailings associated with the

noticing, claims processing and disbursement requirements of these matters to ensure the orderly and fair treatment of class members and all parties in interest. Verita has been retained to administer more than 7,500 class actions and distributed settlement payments totaling well over a trillion in assets. Our experience includes many of the largest and most complex administrations of both private litigation and of actions brought by state and federal government regulators.

3. The purpose of this declaration is to provide information related to Verita's qualifications and experience[1] and to detail the settlement notice program ("Notice Plan") proposed here for the Settlement in *Tjahjono v. Westinghouse Air Brake Technologies Corporation*, Case No. 2:23-cv-531 (W.D. Pa.).

4. Unless otherwise noted, capitalized terms have the same meaning ascribed to them as in the Settlement Agreement.

## BACKGROUND AND EXPERIENCE

5. Verita has administered class action settlements for hundreds of consumer protection cases, including data breach cases. Some examples of data breach cases with which Verita has been involved include: *Braun v. VisionQuest Eyecare, PC, et al.*, 49D07-1705-PL-020189 (Ind. Super. Ct.); *Carroll v. Macy's Inc. et al.*, No. 2:18-cv-01060-RDP (N.D. Ala.); *Cochran v. Burgerville LLC*, No. 18-cv-44864 (Cir. Ct. Ore); *Debaeke v. St. Joseph Health System, et al.*, No. JCCP 4716 (Cal. Super. Ct.); *Elvey v. TD Ameritrade, Inc.*, No. C 07 2852 VRW (N.D. Cal.); *Experian Data Breach Litig.*, No. 8:15-cv-01592 AG (DFMx) (C.D. Cal.); *Groveunder v.*

---

[1] KCC acquired Gilardi & Co. LLC in 2015. KCC and Gilardi & Co. LCC rebranded as Verita Global LLC in June 2024. This Declaration combines the class action notice and administration experience of both firms.

*Wellpoint*, No. JCCP 4647 (Cal. Super. Ct.); *In re Anthem, Inc. Data Breach Litig.*, No. 5:15-MD-02617-LHK (N.D. Cal.); *In re Arby's Restaurant Group, Inc. Data Security Litig.*, No. 18-mi-55555-AT (N.D. Ga.); *In re LinkedIn User Privacy Litig.*, No. 12-cv-03088-EJD (N.D. Cal.); *In re Medical Informatics Engineering, Inc. Customer Data Security Breach Litig.*, No. 15-md-2667 (N.D. Ind.); *In re Orrick, Herrington & Sutcliffe LLP, Data Breach Litig.*, No. 3:23-cv-04089 (N.D. Cal.); *In re Overby-Seawell Company Customer Data Security Breach Litig.*, No. 1:23-md-03056 (N.D. Ga.); *In re Yapstone Data Breach Litig.*, No. 15-cv-04429-JSW (N.D. Cal.); *Lozanski v. The Home Depot Inc. Canada*, No. 14-51262400CP (Ontario Superior Court of Justice, Canada); *Ramsey v. 41 E. Chestnut Crab Partners, LLC, et al.*, No. 2019-CH-2759 (Ill. Cir. Ct.); *Saenz v. SEIU United Healthcare Workers-West*, No. RG09478973 (Cal. Super. Ct.); *Shurtleff v. Health Net of California, Inc.*, No. 34-2012-00121600 (Cal. Super. Ct.); *Sonic Corp Customer Data Security Breach Litig.*, No. 1:17-md-02807 (N.D. Ohio); *Storm v. Paytime, Inc.*, No. 14-cv-01138 (M.D. Pa.); *The Home Depot, Inc. Customer Data Security Breach Litig.*, No. 1:14-md-02583 (N.D. Ga.); *Torres v. Wendy's International, LLC*, No. 6:16-cv-00210-PGB-DCI (M.D. Fla.); and *Winstead v. ComplyRight, Inc.*, No. 18-cv-4990 (N.D. Ill.).

## NOTICE PLAN

### *Class Definition*

6. The proposed Settlement Class in the parties' Settlement Agreement is defined as:

> All Persons residing within the United States whose Personal Information was potentially compromised in the Cyberattack.
>
> The Settlement Class shall not include the judge to whom the Litigation is assigned and any member of the judge's staffs or immediate family members, and any other Person found by a court of competent jurisdiction to be guilty under criminal law of initiating, causing, aiding, or abetting the criminal activity occurrence of the Cyberattack or who pleads *nolo contendere* to any such charge

*Individual Notice*

7.  The Defendant will provide Verita with the names and postal addresses of all Settlement Class Members that can be identified through a reasonable inquiry of Defendant's records (the "Class List"). The Class List is expected to contain approximately 17,750 contacts.

8.  A postcard Notice will be mailed to all Settlement Class Members for which a postal address is available on the Class List.

9.  Prior to mailing, the addresses will be checked against the National Change of Address (NCOA)[2] database maintained by the United States Postal Service (USPS); certified via the Coding Accuracy Support System (CASS);[3] and verified through Delivery Point Validation (DPV).[4]

10. Notices returned by USPS as undeliverable will be re-mailed to any address available through postal service forwarding order information. For any returned mailing that does not contain an expired forwarding order with a new address indicated, Verita will conduct further address searches using credit and other public source databases to attempt to locate new addresses and will re-mail these notices, if applicable.

---

[2] The NCOA database contains records of all permanent change of address submissions received by the United States Postal Service ("USPS") for the last four years. The USPS makes this data available to mailing firms and lists submitted to it are automatically updated with any reported move based on a comparison with the person's name and last known address.

[3] Coding Accuracy Support System is a certification system used by the USPS to ensure the quality of ZIP+4 coding systems.

[4] Records that are ZIP+4 coded are then sent through Delivery Point Validation to verify the address and identify Commercial Mail Receiving Agencies. DPV verifies the accuracy of addresses and reports exactly what is wrong with incorrect addresses.

*Response Mechanisms*

11.     Verita will establish and maintain a case-specific website to allow Settlement Class Members to obtain additional information and documents about the Settlement and file a Claim Form online. Settlement Class Members will also be able to view, download, and/or print the Class Action Complaint, Long-Form Notice, Claim Form, Settlement Agreement, and other relevant settlement and court documents. The website will be maintained from the Notice Date until 180 days after the Effective Date.

12.     Verita will establish a case-specific toll-free number to allow Settlement Class Members to call and learn more about the case in the form of frequently asked questions, as well as to speak with a live operator. The toll-free number will be displayed in the Long-Form Notice, Postcard Notice, and on the settlement website.

13.     Verita will establish and monitor a settlement email address where Settlement Class Members may correspond with Verita about the Settlement.

14.     Verita will establish and monitor a settlement post office box where submit hard copy Claim Forms, exclusion requests, and other case correspondence.

*Claims Processing*

15.     Verita will review, process, and evaluate each Claim Form received, including any required documentation submitted, for validity, timeliness, and completeness.

**CONCLUSION**

16.     The Notice Plan provides direct notice to all Settlement Class Members who can be identified through a reasonable effort. The Notice Plan is expected to reach over 90-100% of the Settlement Class. In Verita's experience, the Notice Plan proposed for this case is consistent

with other settlement notice programs. The expected reach of the Notice Plan is also consistent with other effective court-approved settlement notice programs and is designed to meet due process requirements. The Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* considers 70-95% reach among class members to be a "high percentage" and reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 23rd day of August, 2024, at Ocean City, NJ.

*[signature: Carla Peak]*

_____

Carla A. Peak